# UNITED STATE DISTRICT COURT
## for the
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO: 08-00643-001 |
| V. | |
| ANTHONY PACK | |

### ORDER UNSEALING THE PETITION FOR WARRANT

This matter having come before the Court on application of the United States Probation Office for an Order unsealing the Petition for Warrant for violation of the Conditions of Probation/Supervised Release; and

It Appearing that Warrant for Arrest has been returned executed; and

It is on this ___23___ Day of _____February_____, ___2021___, hereby,

ORDERED that Clerk is directed to **UNSEAL** the Petition for Warrant which was previously filed under seal.


s/ Noel L. Hillman

The Honorable Noel L. Hillman
United States District Judge